Certificate Number: 17572-PAM-DE-035368781

Bankruptcy Case Number: 20-03262


17572-PAM-DE-035368781

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2021, at 12:21 o'clock PM PST, Sandra A Molinaro completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 15, 2021     By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor