United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Mark Molinaro  
Sandra Ann Molinaro  
    Debtors

Case No. 20-03262-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 04, 2021      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David Mark Molinaro, Sandra Ann Molinaro, 100 Snyder Ave, McAdoo, PA 18237-1326 |
| 5372740 | | Hazleton School Emp C, 1049 Wilbur Ct, Hazle Township, PA 18202-1612 |
| 5372729 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5372727 | | Molinaro David Mark, 100 Snyder Ave, McAdoo, PA 18237-1326 |
| 5372728 | | Molinaro Sandra Ann, 100 Snyder Ave, McAdoo, PA 18237-1326 |
| 5372743 | | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5372744 | + | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5372750 | | Syncb/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.schwab@txitrustee.com | Mar 04 2021 18:49:00 | William G Schwab (Trustee), William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235 |
| cr | + | EDI: PRA.COM | Mar 04 2021 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5372730 | | EDI: CAPITALONE.COM | Mar 04 2021 23:43:00 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5372731 | | EDI: CAPITALONE.COM | Mar 04 2021 23:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5372732 | | EDI: CAPITALONE.COM | Mar 04 2021 23:43:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5372733 | | EDI: CAPITALONE.COM | Mar 04 2021 23:43:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5372736 | | EDI: WFNNB.COM | Mar 04 2021 23:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5372734 | | EDI: WFNNB.COM | Mar 04 2021 23:43:00 | Comenitybank/Maurices, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5372735 | | EDI: WFNNB.COM | Mar 04 2021 23:43:00 | Comenitybank/maurices, PO Box 182789, Columbus, OH 43218-2789 |
| 5372737 | | EDI: WFNNB.COM | Mar 04 2021 23:43:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5372738 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 19:07:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5372739 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 19:07:32 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5372741 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2021 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO |

| | | | |
| --- | --- | --- | --- |
| | | | Box 3043, Milwaukee, WI 53201-3043 |
| 5372742 | Email/Text: PBNCNotifications@peritusservices.com Mar 04 2021 18:49:00 | | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5372747 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Syncb/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5372749 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5372745 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5372746 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Syncb/hsn, PO Box 965017, Orlando, FL 32896-5017 |
| 5372748 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5372916 | + EDI: RMSC.COM | Mar 04 2021 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5372751 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5372752 | EDI: RMSC.COM | Mar 04 2021 23:43:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jason Paul Provinzano | on behalf of Debtor 1 David Mark Molinaro MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Sandra Ann Molinaro MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William G Schwab (Trustee)
    schwab@uslawcenter.com  wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Mark Molinaro<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7802<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sandra Ann Molinaro<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4002<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20-bk-03262-RNO | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Mark Molinaro  
aka David M. Molinaro, aka David Molinaro

Sandra Ann Molinaro  
aka Sandra A. Molinaro, aka Sandra Molinaro

**By the court:**   *(signed)* Robt N. Opel II

3/4/21

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2